IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DENNIS PATSCHKE AND<br>SHIRLEY PATSCHKE,<br>PLAINTIFFS,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>DEFENDANT. | § § § § § § § § § | CAUSE NO. A-11-CA-880-LY |

## FINAL JUDGMENT

BE IT REMEMBERED that on January 14, 2013, the court called the above styled and numbered cause for bench trial. The parties announced they were ready, the trial proceeded, and the parties concluded their presentations of the evidence on January 16, 2013. The court allowed the parties to submit charts and outlines regarding damages, and on February 11, 2013, the court heard the parties' closing arguments. By Findings of Fact and Conclusions of Law signed this day, the court has concluded that the United States of America, through United States Postal Service employee Alfred Ralph Steahr, Jr. and Plaintiff Dennis Patschke were proportionately responsible–Steahr to the extent of 60%, and Patschke to the extent of 40%–for their July 3, 2009 collision and therefore the United States of America is liable for damages Plaintiffs Dennis and Shirley Patschke sustained as a result of the collision. Accordingly,

**IT IS ORDERED** that Plaintiffs Dennis and Shirley Patschke recover from Defendant United States of America judgment in the amount of $590,039.

**IT IS FURTHER ORDERED** that Plaintiffs Dennis and Shirley Patschke recover from Defendant United States of America their costs in prosecuting this action.

**IT IS FURTHER ORDERED** that Plaintiffs Dennis and Shirley Patschke recover from Defendant United States of America postjudgment interest on all of the above at the rate of 0.11% per annum from the date of this final judgment until paid in full.

**IT IS FURTHER ORDERED** that all other relief requested is **DENIED**.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this 27th day of September, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE