IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
2014 MAR 18 AM 11:39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| DENNIS PATSCHKE AND SHIRLEY PATSCHKE, §§§§ PLAINTIFFS, | |
| V. | CAUSE NO. A-11-CA-880-LY |
| UNITED STATES OF AMERICA, DEFENDANT. | |

## AMENDED FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court accepted the parties' stipulation to the dismissal of Plaintiffs Dennis Patschke and Shirley Patschke's claims, ordered the cause dismissed with prejudice, and ordered that the parties bear their own costs of court. As there are no disputes remaining among the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this 18th day of March, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE